CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7034
    Fax:          (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

**FILED**

Mar 17 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR 26-70277-MAG** |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO FED. R. CRIM. P. 5(c)(2) AND (3) |
| RENE PIERRE JIMINEZ | |
| Defendant. | |

Please take notice pursuant to Fed. R. Crim. P. 5(c)(2) and (3) that on March 11, 2026, the above-named defendant (aka RENE PIERRE JIMENEZ) was arrested pursuant to an arrest warrant issued upon an Indictment (attached) pending in the Middle District of Florida, Case Number 3:25-cr-182-MMH-PDB. In that case, the defendant is charged with violations of: Count 1 - 18 U.S.C. § 1349 (Wire Fraud Conspiracy); Counts 8-10: 18 U.S.C. § 1349 (Wire Fraud). The maximum penalties are: imprisonment of 20 years; fine of $250,000 or twice the gross gain or loss; supervised release of three years; a special assessment of $100 per count; forfeiture as alleged in the Indictment.

Respectfully Submitted,

Date: March 17, 2026

CRAIG H. MISSAKIAN
United States Attorney

     /s/
_____
DANIEL N. KASSABIAN
Assistant United States Attorney

v. 8/29/2025


COPY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JOSE RENE JIMINEZ
RENE PIERRE JIMINEZ

CASE NO. 3:25-cr-182-MMH-PDB
18 U.S.C. § 1349
(Conspiracy to Commit Wire
Fraud)
18 U.S.C. § 1343
(Wire Fraud)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Conspiracy to Commit Wire Fraud)

### A. Introduction

At all times material to this Indictment:

1.     Target Corporation (Target) was a corporation operating and doing business in the Middle District of Florida, and elsewhere, and was headquartered in Minneapolis, Minnesota.

### B. The Conspiracy

2.     Beginning on an unknown date, but no later than in or about January 2025, and continuing through in or about February 2025, in the Middle District of Florida, and elsewhere, the defendants,

JOSE RENE JIMINEZ and
RENE PIERRE JIMINEZ,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the grand jury, to knowingly, willfully, and with intent to defraud, devise and intend to devise and participate in a scheme and artifice to obtain money and property from Target by means of materially false and fraudulent pretenses, representations, and promises in violation of 18 U.S.C. § 1343.

## C. Manner and Means of the Conspiracy

3.      The manner and means by which the conspirators carried out the conspiracy and artifice to defraud included, but were not limited to the following:

a.      It was part of the scheme and artifice to defraud in the Middle District of Florida, and elsewhere, that the defendants purchased iPads, a product of Apple, Inc., from multiple Target stores.

b.      It was further part of the scheme and artifice to defraud that the defendants obtained counterfeit iPads from other co-conspirators, which bore the same serial numbers as the legitimate iPads that either they or other co-conspirators previously purchased.

c.      It was further part of the scheme and artifice to defraud that the defendants took counterfeit iPads, which bore the same serial number as legitimate iPads, that either the defendants or other co-conspirators purchased, back to Target stores and obtained refunds for the counterfeit iPads.

d.      It was further part of the scheme and artifice to defraud that the defendants obtained refunds from Target stores, which resulted in a wire transaction affecting interstate commerce, in that each transaction transmitted a signal from the

2

local Target store to the Target servers in Minneapolis, Minnesota.

e.       It was further part of the scheme or artifice to defraud that the defendants and co-conspirators caused Target to be deprived of the value of the legitimate iPads they and other conspirators purchased, when the defendants and co-conspirators obtained refunds for counterfeit iPads.

In violation of 18 U.S.C. § 1349.

## COUNTS TWO THROUGH SEVEN
### (Wire Fraud)

### A. Introduction

At all times material to this Indictment:

1.       Part A of Cout One of this Indictment is realleged and incorporated by reference, as if fully set forth herein.

### B. Scheme and Artifice

2.       Beginning on an unknown date, but no later than in or about January 2025, and continuing through in or about February 2025, in the Middle District of Florida, Southern District of Florida, and elsewhere, the defendant,

### JOSE RENE JIMINEZ,

did knowingly, willfully, and with intent to defraud, devise and intend to devise and participate in, a scheme and artifice, to obtain money and property from Target by means of materially false and fraudulent pretenses, representations, and promises.

In violation of 18 U.S.C. § 1343.

3

## C. **Manner and Means**

3.      Part C of Count One of this Indictment is realleged and incorporated by reference, as if fully set forth herein.

## D. **Execution of the Scheme**

4.      On or about the dates set forth below, in the Middle District of Florida, the defendant,

JOSE RENE JIMINEZ,

knowingly and intentionally executed and attempted to execute the aforesaid scheme and artifice, by causing the fraudulent transactions described below, causing writings, signs, and signals to be transmitted by means of wire and radio communication in interstate commerce from the listed Target stores to the Target servers in Minneapolis, Minnesota:

| COUNT | DATE | LOCATION | TRANSACTION |
|-------|------|----------|-------------|
| TWO | January 15, 2025 | Target Clearwater, FL | Returned iPad for refund of $1,376.94 |
| THREE | January 18, 2025 | Target Winter Garden, FL | Returned iPad for refund of $1,389.93 |
| FOUR | January 20, 2025 | Target Orange City, FL | Returned iPad for refund of $1,068.93 |
| FIVE | January 21, 2025 | Target Jacksonville, FL | Returned two iPads for refund of $2,147.86 |
| SIX | January 21, 2025 | Target Jacksonville, FL | Returned two iPads for refund of $2,362.86 |
| SEVEN | January 22, 2025 | Target Melbourne, FL | Returned iPad for refund of $1,276.94 |

All in violation of 18 U.S.C. § 1343.

## COUNTS EIGHT THROUGH TEN
### (Wire Fraud)

### A. Introduction

At all times material to this Indictment:

1.    Part A of Cout One of this Indictment is realleged and incorporated by reference, as if fully set forth herein.

### B. Scheme and Artifice

2.    Beginning on an unknown date, but no later than in or about January 2025, and continuing through in or about February 2025, in the Middle District of Florida, Southern District of Florida, and elsewhere, the defendant,

RENE PIERRE JIMINEZ,

did knowingly, willfully, and with intent to defraud, devise and intend to devise and participate in, a scheme and artifice, to obtain money and property from Target by means of materially false and fraudulent pretenses, representations, and promises.

In violation of 18 U.S.C. § 1343.

### C. Manner and Means

3.    Part C of Count One of this Indictment is realleged and incorporated by reference, as if fully set forth herein.

### D. Execution of the Scheme

4.    On or about the dates set forth below, in the Middle District of Florida, the defendant,

RENE PIERRE JIMINEZ,

5

knowingly and intentionally execute and attempted to execute the aforesaid scheme

and artifice, by causing the fraudulent transactions described below, causing writings,

signs, and signals to be transmitted by means of wire and radio communication in

interstate commerce from the listed Target stores to the Target servers in Minneapolis,

Minnesota:

| COUNT | DATE | LOCATION | TRANSACTION |
|-------|------|----------|-------------|
| EIGHT | January 13, 2025 | Target Altamonte Springs, FL | Returned iPad for refund of $1,068.93 |
| NINE | January 13, 2025 | Target Orlando, FL | Returned iPad for refund of $1,325.90 |
| TEN | January 18, 2025 | Target Davenport, FL | Returned iPad for refund of $1,396.43 |

All in violation of 18 U.S.C. § 1343.

## FORFEITURE

1.     The allegations contained in Counts One through Ten are incorporated

by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §

981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. §§ 1343 and/or 1349, the

defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and

28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived

from proceeds traceable to the violation.

3.     The property to be forfeited includes, but is not limited to, the following:

an order of forfeiture in the amount of the proceeds the defendants personally obtained

6

from the offenses, which is to be determined at or before sentencing.

    4.    If any of the property described above, as a result of any act or omission of the defendants:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE,
United States Attorney

By:                                                        
KELLI A. SWANEY
Assistant United States Attorney

By:                                                        
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
8/20/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

### JOSE RENE JIMINEZ
### RENE PIERRE JIMINEZ

## INDICTMENT

| Violations: | Ct 1: | 18 U.S.C. § 1349 |
|---|---|---|
| | Cts. 2-10: | 18 U.S.C. § 1343 |

A true bill,

_____
Foreperson

Filed in open court this _____ day of August 2025.

_____
Clerk

Bail    $_____

GPO 863 525

AO 442 (Rev. 8/20/25) Arrest

RCV USMS JACKSONVILLE
2025 AUG 21 PM3:44

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

United States of America
v.                                          )
                                            )    Case No.    3:25-cr-182-MMH-PDB
                                            )
                                            )
                                            )
RENE PIERRE JIMINEZ                         )
_____                   )
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*    Rene Pierre Jiminez
_____

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud and wire fraud.

In violation of 18 U.S.C. §§ 1349 and 1343

Date:  8/21/2025                                   _____
                                                           *Issuing officer's signature*

City and state:  Jacksonville, Florida             ELIZABETH WARREN, Clerk, United States District Court
                                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____                    _____ |
|                                                   *Arresting officer's signature* |
|                                                   _____ |
|                                                   *Printed name and title* |